# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CARLOS GARCIA ARMADA,**
**A# 022 805 393,**

      **Petitioner,**

**vs.**                                     **Case No. 4:17cv368-WS/CAS**

**JEFF SESSIONS, et al.,**

      **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, to this Court in mid August 2017.  Petitioner did not pay the $5.00 filing fee for this case, nor did he file an in forma pauperis motion.  The Clerk of Court sent Petitioner a notice concerning this case, ECF No. 2, but prior to review by the Court, that notice was returned as undeliverable.  ECF No. 3.  The mailing envelope was returned stamped "No Longer Here" and "Return to Sender."  *Id.*  The Clerk's Office was able to obtain another mailing address for Petitioner and re-mailed the notice to him at the new address.  ECF No. 3.

However, that mail has now been returned to the Court.  ECF No. 4.  This time the envelope is stamped "return to sender; refused; unable to forward."  *Id.*  It also has a hand-written notation stating "released."  *Id.*  A search of the Online Detainee Locator System was not successful in locating Petitioner.

Accordingly, because nothing further has been received from Petitioner and mail from this Court cannot reach him, this case should be dismissed without prejudice.  It would appear that Petitioner has either abandoned this litigation, or he is no longer in custody.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on September 14, 2017.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:17cv368-WS/CAS

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.