IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS GARCIA ARMADA,
a# 022 805 393,

    Petitioner,

v.                                                        4:17cv368–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed September 14, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed without prejudice for failure to prosecute.

Upon review of the record, this court has determined that the recommendation of dismissal should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is DISMISSED without prejudice for failure to prosecute.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this __12th__ day of __October__, 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE